# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MU' MIN ABDULAZIZ
a/k/a Frank Askew, Jr.
ADC #82276                                                                                    PLAINTIFF

v.                              5:11-CV-00088 BSM/JTR

RAY A. HOBBS, Director,
Arkansas Department of Correction, et al.                                       DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).  Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

IT IS SO ORDERED this 28th day of April, 2011.

                                                                           UNITED STATES DISTRICT JUDGE